Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number
Ms. Joey DeLeon [CA Bar No.150974]
3501 Jamboree Rd., North Tower, 4th Floor
Newport Beach, CA 92660
Phone: (949) 509-4231 / Fax (949) 725-0619

☐ *Individual appearing without counsel*
☒ *Attorney for:* Downey Savings and Loan Association F.A.

FOR COURT USE ONLY

**FILED & ENTERED**

**JUL 30 2009**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ngo         DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

**DONNA ANN STEVENS,** Debtor(s)

CHAPTER: **7**

CASE NO.: **8:09-bk-12967- TA**

DATE: **7/14/2009**
TIME: **10:30 a.m.**
CTRM: **5B**
FLOOR: **5**

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
## (MOVANT: Downey Savings and Loan Association, F.A.)

1. The Motion was:  ☒ Contested   ☐ Uncontested   ☐ Settled by stipulation

2. The Motion affects the following real property (the "Property"):
   *Street Address:*     **2 Mar Del Rey, San Clemente, CA**
   *Apartment/Suite no.:*
   *City, State, Zip Code:*

   Legal description or document recording number (including county of recording): Deed of Trust recorded **05/14/2004** as Document No. **2004000434300** in **Orange** County, California with respect to property legally described as:

   ☒ See attached page.

3. The Motion is granted under:  ☒ 11 U.S.C. § 362(d)(1)   ☒ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit ____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(This Order is Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 4001-10.RP**

| In re | Debtor(s). | CHAPTER: 7 |
|---|---|---|
| **DONNA ANN STEVENS** | | CASE NO.: 8:09-bk-12967-TA |

6. ☐ Movant shall not conduct a foreclosure sale before the following date (*specify*):

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. §362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
    b. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (*attach Optional Form F 4001-10.ER*).
    d. ☐ See attached continuation page for additional provisions.

###

DATED: July 30, 2009

*Theodor C. Albert*
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 4001-10.RP**

| In re<br>**DONNA ANN STEVENS** | Debtor(s). | CHAPTER: **7**<br>CASE NO.: **8:09-bk-12967-TA** |
|---|---|---|

*(OPTIONAL)*
**ATTACHMENT**
**(MOVANT: DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.)**
*(This Attachment is the continuation page for Paragraph 2 of the Order)*

**LEGAL DESCRIPTION**

**PROPERTY ADDRESS: 2 Mar Del Rey, San Clemente, CA**

PARCEL 1:
LOT 1 OF TRACT NO. 14023, IN THE CITY OF SAN CLEMENTE, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 653, PAGES 1 TO 3 INCLUSIVE OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 2:
AN EASEMENT FOR INGRESS AND EGRESS OVER LOT B AND THE COMMON AREA AS SET FORTH IN THE FIRST SUPPLEMENTAL TO THE FIRST AMENDED AND RESTATED DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED JULY 20,1988 AS INSTRUMENT NO. 88-351136, OFFICIAL RECORDS (FOR THE BENEFIT OF LOT 3).

| In re<br><br>**DONNA ANN STEVENS** | Debtor(s). | CHAPTER: **7**<br><br>CASE NO.: **8:09-bk-12967-TA** |
|---|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3501 Jamboree Road, North Tower, 4th Floor, Newport Beach, CA 92660.**

A true and correct copy of the foregoing document described **"Order Granting Motion for Relief from the Automatic Stay under 11 U.S.C. §362 (Real Property)"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below: **NONE**        ☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **July 14, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
*(Served via U.S. Mail):*
DONNA ANN STEVENS 2 Mar Del Rey, San Clemente, CA 92673
Phuong Tran, Esq. 1600 S. Douglass Rd., Suite 150, Anaheim, CA 92806
JOHN M. WOLFE 5450 Trabuco Road, Irvine, CA 92620-5704
United States Trustee 411 W. Fourth St., Suite 9041, Santa Ana, CA 92701-4593

Honorable Theodor C. Albert, Suite 5085
U.S. BANKRUPTCY COURT – SANTA ANA DIVISION
411 West Fourth Street, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 14, 2009 | Cassandra Geoghegan | */s/ Cassandra Geoghegan* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 4001-10.RP**

| In re | | CHAPTER: **7** |
|---|---|---|
| **DONNA ANN STEVENS** | Debtor(s). | CASE NO.: **8:09-bk-12967-TA** |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in Category 1.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **"Order Granting Motion for Relief from the Automatic Stay under 11 U.S.C. §362 (Real Property)"** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **July 14, 2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- John Patton    jpatton@cookseylaw.com
- Phuong Tran    lily.tran@barenlegal.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- John M Wolfe    john.wolfe1@earthlink.net, CA83@ecfcbis.com
- Joey DeLeon    joeydeleon@downeysavings.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

DONNA ANN STEVENS, 2 Mar Del Rey, San Clemente, CA 92673

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 4001-10.RP**